UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIAH MIGNON STROMAN,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W COLVIN,<br>　　　　Defendant. | Case No.  15-cv-00633-KAW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS UNOPPOSED AND REMANDING THE CASE FOR FURTHER PROCEEDINGS**<br><br>Re: Dkt. No. 16 |

On June 23, 2015, Plaintiff Takiah Mignon Stroman filed a motion for summary judgment in her social security case. The Government's opposition was due on or before July 21, 2015. To date, the Government has not filed an opposition despite its communication with Plaintiff's counsel. (*See* Dkt. No. 18-1.)

Accordingly, the motion for summary judgment is GRANTED as unopposed and the case is REMANDED for further administrative proceedings before a different administrative law judge. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion"). Specifically, the further proceedings shall include making a new determination regarding Plaintiff's residual functional capacity, shall address the weight given to Plaintiff's treating physicians, and shall address Plaintiff's credibility prior to determining whether Plaintiff is disabled under the Social Security Act.

IT IS SO ORDERED.

Dated: August 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge