UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIAH MIGNON STROMAN,<br>  Plaintiff,<br>  v.<br>CAROLYN W COLVIN,<br>  Defendant. | Case No.  15-cv-00633-KAW<br><br>**ORDER SETTING HEARINGS ON DEFENDANT'S MOTION FOR RELIEF UNDER RULE 60 AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. Nos. 22 & 24 |

On October 9, 2015, the Government filed a motion for administrative relief under Federal Rule of Civil Procedure 60(b)(1) on the grounds that its failure to file a timely opposition to Plaintiff's motion for summary judgment was due to attorney Brenda M. Pullin's excusable neglect. On October 16, 2015, Plaintiff filed an opposition. (Dkt. No. 23.) The Government did not file a reply by the October 30, 2015 deadline, so the motion is fully briefed. Accordingly, the Court will hold a hearing on the Government's motion on December 3, 2015 at 11:00 AM at 1301 Clay Street, Oakland, California. Both Ms. Pullin and her supervising attorney are ordered to appear.

On October 27, 2015, Plaintiff filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act. (Dkt. No. 24.) The Court will hold a hearing on Plaintiff's motion on December 17, 2015 at 11:00 AM at 1301 Clay Street, Oakland, California.

IT IS SO ORDERED.

Dated: November 4, 2015

KANDIS A. WESTMORE
United States Magistrate Judge